In the Matter of the Application of BENJAMIN H. WICKSEL, Appellant, v. S. HOWARD COHEN and Others, Constituting the Board of Elections, Respondents.*— Order reversed on the law and the facts and the matter remitted to the Special Term to determine as expeditiously as possible whether there are 1,500 valid

* Affd., 262 N. Y. 446.

signatures to the petition. We are of opinion that the objector was a proper party to file objections in the proceeding and that there are questions of fact to be decided by the Special Term. Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.